**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**STANLEY NASH**                                                            **PLAINTIFF**

**VERSUS**                                       **CIVIL ACTION NO. 4:05cv181TSL-JCS**

**JACKIE KNIGHT, et al.**                                     **DEFENDANTS**

**FINAL JUDGMENT**

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the   30th   day of March, 2006.


                                       /s/ Tom S. Lee
                                       UNITED STATES DISTRICT JUDGE